**Opinion filed May 8, 2025**



In The

# Eleventh Court of Appeals

_____

## No. 11-25-00050-CV

_____

## IN THE INTEREST OF A.N.G. AND A.G., CHILDREN

**On Appeal from the 446th District Court**
**Ector County, Texas**
**Trial Court Cause No. E25010062FM**

### M E M O R A N D U M   O P I N I O N

This is an appeal from an order in a suit affecting the parent-child relationship. In the order, the trial court found that Appellant was the father of the children, A.N.G. and A.G. The trial court appointed Appellant and the mother of the children as joint managing conservators and ordered, among other things, that Appellant pay child support to the mother. The order was signed by an associate judge on March 4, 2025, after it held a hearing on the matter on March 3. On March 6, Appellant, proceeding pro se, filed "Respodent's [sic] Appeal on Judge's Ruling," stating that he "disagree[d] with the Judge's ruling and wish[ed] to appeal." In his prayer for relief, he requested that "the judgment be overturned, and a new hearing be reset." In the

"notice," Appellant did not identify the court to which the appeal was taken as required by Rule 25.1(d)(4) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 25.1(d). When this appeal was docketed, we informed Appellant that it was unclear from his filing whether he intended to file a request for a de novo hearing in the district court or whether he intended to file a direct appeal in this court because the "notice" was filed within three days of the associate judge's order. *See* TEX. FAM. CODE ANN. §§ 201.007, 201.015 (West 2020). We requested that Appellant respond to clarify, and notified him that the filing fee was due to be filed on March 13, 2025.

In letters dated March 14, March 27, and March 28, we reminded Appellant of our response request and the fee that was due in this court, and we notified Appellant that the failure to comply would result in dismissal of the appeal. *See* TEX. R. APP. P. 5, 42.3. Appellant eventually filed a response on April 8, stating that his "intention was not to appeal against the decision to the Eleventh District Court," but that he wanted to "overturn or reverse the decision made by the Honorable Judge of the Office of the Attorney General at the Virtual Hearing" set on March 3. He stated that, "[s]ince that date, [he has] filed an ***Original Petition for Divorce***" under a different cause number in the same court. We notified Appellant by letter that we cannot give legal advice, and that if Appellant does not wish to pursue an appeal of the judgment in this court, he is requested to inform us in writing or submit a motion to dismiss the appeal pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure on or before April 21, 2025. *See* TEX. R. APP. P. 42.1(a)(1). We again reminded him of the filing fee and stated that a failure to comply with either of these requirements would result in dismissal of the appeal. Appellant has not filed a response, nor has he paid the filing fee as of the date of this order.

Because Appellant has failed to pay the required filing fee, failed to comply with this court's directives, and indicated that his "intention was not to appeal against the decision" to this court, we dismiss the appeal. *See* TEX. R. APP. P. 5, 42.3(b), (c).


W. BRUCE WILLIAMS
JUSTICE


May 8, 2025

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.